UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK DONNELLY, individually and on behalf of a class of similarly situated persons and entities,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW JERSEY RE-INSURANCE COMPANY; ASSURANT INSURANCE GROUP (d/b/a American Bankers Insurance Company of Florida); FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY (also d/b/a Fidelity National Property & Casualty Insurance Company); HARTFORD FIRE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; SELECTIVE INSURANCE COMPANY OF AMERICA; PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY; STATE FARM FIRE AND CASUALTY COMPANY; TRAVELERS INSURANCE COMPANIES (also d/b/a Standard Fire Insurance Company); and ABC INSURANCE COMPANIES 1-10 (being fictitious names),<br><br>    Defendants. | Civ. Action No.<br>2:12-cv-07629-ES-SCM |

## SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION OF DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY FOR *PRO HAC VICE* ADMISSION OF STEUART H. THOMSEN

The firm of Sutherland Asbill & Brennan LLP, the attorneys of record for Defendant State Farm Fire and Casualty Company in this action, submits the following additional information in support of the motion for the entry of an Order Admitting Steuart H. Thomsen *pro hac vice*:

20078462.2

1. Plaintiff's counsel has authorized the undersigned to represent that Plaintiff consents to this motion.

2. Attached is a Supplement to Application for Admission *Pro Hac Vice* of Steuart H. Thomsen setting forth additional details regarding the bar and court admissions of Mr. Thomsen.

This 4th day of February 2013.

/s/ David P. Langlois
David P. Langlois
SUTHERLAND ASBILL & BRENNAN LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-770
Phone: (212) 389-5007
Facsimile: (212) 389-5099
E-mail: david.langlois@sutherland.com
*Counsel for State Farm Fire and Casualty Company*

20078462.2