# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| PATRICK DONNELLY, individually and on : <br> Behalf of a class of similarly situated persons and : <br> entities, : <br>                     Plaintiff : | CIVIL ACTION NO.: <br> 2:12-cv-07629-ES-SCM |

PATRICK DONNELLY, individually and on :
Behalf of a class of similarly situated persons and :
entities, :
            Plaintiff        :        CIVIL ACTION NO.:
                         :        2:12-cv-07629-ES-SCM
                         :
versus                         :
                         :
NEW JERSEY RE-INSURANCE COMPANY; :
ASSURANT INSURANCE GROUP (d/b/a :
American Bankers Insurance Company of Florida); :
FIDELITY NATIONAL PROPERTY & :
CASUALTY INSURANCE COMPANY (also :
d/b/a Fidelity National Property & Casualty :
Insurance Company); HARTFORD FIRE :
INSURANCE COMPANY; LIBERTY MUTUAL :
FIRE INSURANCE COMPANY; SELECTIVE :
INSURANCE COMPANY OF AMERICA; :
PHILADELPHIA CONTRIBUTIONSHIP :
INSURANCE COMPANY; STATE FARM FIRE :
AND CASUALTY COMPANY; TRAVELERS :
INSURANCE COMPANIES (d/b/a Standard :
Fire Insurance Company); and ABC INSURANCE :
COMPANIES 1-10 (being fictitious names) :
                         :
            Defendants.      :

_____

## CONSENT APPLICATION OF DEFENDANTS
### NEW JERSEY RE-INSURANCE COMPANY, ASSURANT INSURANCE GROUP (d/b/a American Bankers Insurance Company of Florida), FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY (also d/b/a Fidelity National Property & Casualty Insurance Company); HARTFORD FIRE INSURANCE COMPANYSELECTIVE INSURANCE COMPANY OF AMERICA, and PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY
### FOR PRO HAC VICE ADMISION OF GERALD J. NIELSEN

PLEASE TAKE NOTICE that the firm of McMahon, Martine & Gallagher LLP, the

attorneys of record for Defendants NEW JERSEY RE-INSURANCE COMPANY, ASSURANT

1

INSURANCE GROUP (d/b/a American Bankers Insurance Company of Florida), FIDELITY

NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY (also d/b/a Fidelity

National Property & Casualty Insurance Company); HARTFORD FIRE INSURANCE

COMPANY, SELECTIVE INSURANCE COMPANY OF AMERICA, and PHILADELPHIA

CONTRIBUTIONSHIP INSURANCE COMPANY  in this action, respectfully make application

to this Court, **on consent** of Plaintiff's counsel, for the entry of an Order admitting Gerald J.

Nielsen *Pro Hac Vice*;

       PLEASE TAKE FURTHER NOTICE that in support of this Motion, the Defendants shall

rely on the Consent of Designated Local Counsel and the Application for Admission *Pro Hac*

*Vice* of Gerald J. Nielsen submitted herewith;

       This 21st day of March, 2013.

BY:    _/s/ Patrick W. Brophy_
Patrick W. Brophy
McMahon, Martine & Gallagher, LLP
55 Washington Street, Ste. 720
Brooklyn, NY  11201
T.  212.747.1230
F.  212.747.1239
Email:  pbrophy@mmglawyers.com
Local Counsel for Defendants NEW JERSEY RE-
INSURANCE COMPANY, ASSURANT
INSURANCE GROUP (d/b/a American Bankers
Insurance Company of Florida), FIDELITY
NATIONAL PROPERTY & CASUALTY
INSURANCE COMPANY (also d/b/a Fidelity
National Property & Casualty Insurance Company);
HARTFORD FIRE INSURANCE COMPANY,
SELECTIVE INSURANCE COMPANY OF
AMERICA, and PHILADELPHIA
CONTRIBUTIONSHIP INSURANCE COMPANY

2