# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| PATRICK DONNELLY, individually and on behalf of a class of similarly situated persons and entities, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 2:12-cv-07629-ES-SCM |
| vs. | : : | |
| NEW JERSEY RE-INSURANCE COMPANY; ASSURANT INSURANCE GROUP (d/b/a American Bankers Insurance Company of Florida); FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY (also d/b/a Fidelity National Property & Casualty Insurance Company); HARTFORD FIRE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; SELECTIVE INSURANCE COMPANY OF AMERICA; PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY; STATE FARM FIRE AND CASUALTY COMPANY; TRAVELERS INSURANCE COMPANIES (also d/b/a Standard Fire Insurance Company); and ABC INSURANCE COMPANIES 1-10 (being fictitious names), | : : : : : : : : : : : : : : : : | Returnable: April 15, 2013 |
| Defendants. | : : : | |

**NOTICE OF NON-INSURING DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(1), OR IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(6)**

PLEASE TAKE NOTICE that Assurant Insurance Group (d/b/a American Bankers Insurance Company of Florida), Fidelity National Property & Casualty Insurance Company, Hartford Fire Insurance Company, Liberty Mutual Fire Insurance Company, Philadelphia Contributionship Insurance Company, Selective Insurance Company of America, State Farm Fire

1

20360235.3

and Casualty Company, and The Standard Fire Insurance Company (incorrectly identified as Travelers Insurance Companies in the Complaint) (hereinafter "Non-Insuring Defendants") will move before the Honorable Esther Salas, U.S.D.J on April 15, 2013 for an Order granting the Non-Insuring Defendants' Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1), or in the Alternative, for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(6).

In support of the Non-Insuring Defendants' motion, they rely on the attached Brief.

Dated:  March 22, 2013                                             Respectfully submitted,

/s/ Patrick W. Brophy
McMahon, Martine & Gallagher, Esq.
55 Washington Street, Suite 720
Brooklyn, NY 11201
Phone: (212) 747-1230
Facsimile: (212) 747-1239
E-mail: pbrophy@mmglawyers.com

*Attorney for Defendants Assurant Insurance Group (d/b/a American Bankers Insurance Company of Florida), Fidelity National Property & Casualty Insurance Company, Hartford Fire Insurance Company, Liberty Mutual Fire Insurance Company, Philadelphia Contributionship Insurance Company, and Selective Insurance Company of America*

Kim V. Marrkand (admission *pro hac vice* pending)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Phone: (617) 348-1807
Facsimile: (617) 542-2241
E-mail: KVMarrkand@mintz.com

*Attorney* for *Liberty Mutual Fire Insurance Company*

/s/ David P. Langlois
David P. Langlois
Sutherland Asbill & Brennan LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY  10036
Phone: (212) 389-5007
Facsimile: (212) 389-5099
E-mail: david.langlois@sutherland.com

OF COUNSEL:
Steuart H. Thomsen (admitted *pro hac vice*)
G. Brendan Ballard (admitted *pro hac vice*)
SUTHERLAND ASBILL & BRENNAN LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Phone: (202) 383-0100
Facsimile: (202) 637-3593
E-mail: steuart.thomsen@sutherland.com
brendan.ballard@sutherland.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

2

20360235.3

/s/ Samuel J. Arena, Jr.
Samuel J. Arena, Jr.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
Phone: (215) 564-8093
Facsimile: (215) 564-8120
E-mail: sarena@stradley.com

*Attorney for Defendant The Standard Fire Insurance Company (incorrectly identified as Travelers Insurance Companies in the Complaint)*

20360235.3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 22, 2013, the foregoing NOTICE OF MOTION was served on all counsel of record via the CM/ECF system.

/s/ David P. Langlois
David P. Langlois

20360235.3