UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK DONNELLY, individually and on behalf of a class of similarly situated persons and entities, | Civil Action No. 2:12-cv-07629-ES-SCM |
| Plaintiff, | |
| vs. | |
| NEW JERSEY RE-INSURANCE COMPANY; ASSURANT INSURANCE GROUP (d/b/a American Bankers Insurance Company of Florida); FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY (also d/b/a Fidelity National Property & Casualty Insurance Company); HARTFORD FIRE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; SELECTIVE INSURANCE COMPANY OF AMERICA; PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY; STATE FARM FIRE AND CASUALTY COMPANY; TRAVELERS INSURANCE COMPANIES (also d/b/a Standard Fire Insurance Company); and ABC INSURANCE COMPANIES 1-10 (being fictitious names). | **CONSENT ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Pursuant to the telephonic conference held in the above-captioned action on May 30, 2013, and upon consent of all parties as demonstrated by the signatures below of their respective counsel, all class action allegations of the Complaint are dismissed without prejudice, as follows:

    1. Plaintiff's Second, Third, Fourth, Fifth, Sixth, and Seventh Causes of Action are hereby dismissed as to all defendants, without prejudice.

2. Plaintiff's Eight, Ninth, Tenth, Eleventh, Twelfth, and Thirteenth Causes of Action, which have already been dismissed by stipulation as to defendant State Farm Fire and Casualty Company, are now hereby dismissed as to all remaining defendants, without prejudice.

3. As a cumulative result of the foregoing, all claims have now been dismissed as to all defendants except New Jersey Re-Insurance Company, which remains as a defendant only on the plaintiff's individual claims, which are asserted in his First Cause of Action.

4. As a result of the foregoing, Docket Entry No. 30, the motion filed by "the non-insuring defendants" (consisting of all defendants except New Jersey Re-Insurance Company) to dismiss the Complaint for failure to state a cause of action is rendered moot, and is therefore deemed withdrawn.

5. As a result of the foregoing, Docket Entry No. 32, the motion filed by New Jersey Re-Insurance Company to dismiss the Complaint for failure to state a cause of action, is rendered moot to the extent that it relates to the class action allegations of the Second through Thirteenth Causes of Action, and is deemed withdrawn to that limited extent; the motion is not deemed withdrawn, however, as it relates to the individual claims of the plaintiff asserted in his First Cause of Action.

_____
HON. STEVEN C. MANNION

/s/ *Jeffrey A. Bronster*                    /s/ *Steuart H. Thomsen*
_____         _____
Jeffrey A. Bronster, Esq.                    Steuart H. Thomsen, Esq.
JEFFREY A. BRONSTER, PC                      SUTHERLAND ASBILL &
Counsel for the Plaintiff                    BRENNAN LLP
                                             Counsel for Defendant State Farm
                                             Fire and Casualty Company

| | |
|---|---|
| /s/ *William Treas* | /s/ *Craig R. Blackman* |
| _____ | _____ |
| William Treas, Esq.<br>NIELSEN, CARTER & TREAS, LLC<br>Counsel for Defendants New Jersey<br>Re-Insurance Company, American<br>Bankers Insurance Company of Florida,<br>Fidelity National Property & Casualty<br>Insurance Company, Hartford Fire | Craig R. Blackman, Esq.<br>STRADLEY RONON STEVENS<br>& YOUNG, LLP<br>Counsel for Defendant Standard Fire<br>Insurance Company |

/s/ *Kim V. Marrkand*

_____
Kim V. Marrkand, Esq.
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, PC
Counsel for Defendant Liberty Mutual
Fire Insurance Company


Dated:   June 6, 2013