# IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**Patrick Donnelly**

    Plaintiff(s),

v.

**The New Jersey Re-Insurance Company,** et al.

    Defendant(s)

Civil No. 12-7629(ES)

**ORDER FOR MEDIATION**

The District Court for the District of New Jersey having adopted Local Civil Rule 301.1 establishing a program for mediation of civil actions and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties;

**IT IS on this 4th day of December, 2014**

**ORDERED THAT:**

1. This civil action be and hereby is referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator chosen by the Court.

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4.  In the event mediation is unsuccessful, the parties are to contact the Court to set up a conference in this matter.

5.  Upon receipt of this Order, the parties shall contact the mediator to schedule the mediation. The mediation is to take place by 2/1/15.

6.  This action is hereby stayed for 120 days from the date of this order.

HON. Joseph A. Dickson
United States Magistrate Judge

cc: Hon. Esther Salas, U.S.D.J.
James Quinlan, Arbitration/Mediation Clerk