IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PATRICK DONNELLY,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | NO.   CV 2:12-CV-07629-ES-JAD |
| | * | |
| | * | |
| **NEW JERSEY RE- INSURANCE** | * | **STIPULATION OF DISMISSAL** |
| **COMPANY** | * | **WITH PREJUDICE** |
| | * | |
| Defendant. | * | |

This action, having been resolved between Plaintiff, Patrick Donnelly, and Defendant, New Jersey Re-Insurance Company, it is hereby stipulated and agreed that the Amended Complaint and the claims made therein are dismissed with prejudice and without costs to any party.

Dated:  May 11, 2015.

                                  Respectfully submitted,

                                  */s/ Jeffrey A. Bronster*
                                  Jeffrey A. Bronster
                                  17 Wendell Place
                                  Fairview, NJ 07022
                                  P: (201) 330-7701; F: (201) 945-2688
                                  Email: jbronsterlaw@bronsterlaw.com
                                  *Counsel for Plaintiff*

                                  *-AND-*

BY:    */s/ Patrick W. Brophy*
        Patrick W. Brophy
        McMahon, Martine & Gallagher, LLP
        55 Washington Street, Ste. 720
        Brooklyn, NY  11201
        T.  212.747.1230
        F.  212.747.1239
        Email:  pbrophy@mmglawyers.com

*Local Counsel for Defendants, New Jersey Re-Insurance Company*

**-AND-**

*/s/ Kim T. Britt*
Kim Tran Britt, LA. S.B. 24896
ADMITTED PRO HAC VICE
Nielsen, Carter & Treas, LLC
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
Tel: (504) 837-2500
Fax (504) 832-9165
Email: kbritt@nct-law.com
N*ational Counsel for Defendant,
New Jersey Re-Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 11, 2015, copies of this pleading have been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using the CM/ECF system which will send notice of electronic filing, as follows:

Jeffrey A. Bronster
17 Wendell Place
Fairview, NJ 07022
P: (201) 330-7701; F: (201) 945-2688
Email: jbronsterlaw@bronsterlaw.com
*Counsel for Plaintiff*

*/s/ Patrick W. Brophy*