IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PATRICK DONNELLY, | * | |
| Plaintiff, | * | |
| v. | * | NO. CV 2:12-CV-07629-ES-JAD |
| NEW JERSEY RE- INSURANCE COMPANY | * | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendant. | * | |

This action, having been resolved between Plaintiff, Patrick Donnelly, and Defendant, New Jersey Re-Insurance Company, it is hereby stipulated and agreed that the Amended Complaint and the claims made therein are dismissed with prejudice and without costs to any party.

Dated: May 11, 2015.

Respectfully submitted,

/s/ Jeffrey A. Bronster
Jeffrey A. Bronster
17 Wendell Place
Fairview, NJ 07022
P: (201) 330-7701; F: (201) 945-2688
Email: jbronsterlaw@bronsterlaw.com
*Counsel for Plaintiff*

-AND-

BY:   /s/ Patrick W. Brophy
Patrick W. Brophy
McMahon, Martine & Gallagher, LLP
55 Washington Street, Ste. 720
Brooklyn, NY 11201
T. 212.747.1230
F. 212.747.1239
Email: pbrophy@mmglawyers.com

1

*Local Counsel for Defendants, New Jersey Re-Insurance Company*

**-AND-**

/s/ Kim T. Britt
Kim Tran Britt, LA. S.B. 24896
*ADMITTED PRO HAC VICE*
Nielsen, Carter & Treas, LLC
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
Tel: (504) 837-2500
Fax (504) 832-9165
Email: kbritt@nct-law.com
*National Counsel for Defendant,*
*New Jersey Re-Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, copies of this pleading have been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using the CM/ECF system which will send notice of electronic filing, as follows:

Jeffrey A. Bronster
17 Wendell Place
Fairview, NJ 07022
P: (201) 330-7701; F: (201) 945-2688
Email: jbronsterlaw@bronsterlaw.com
*Counsel for Plaintiff*

/s/ Patrick W. Brophy

So Ordered
Esther Salas, USDJ
5/19/15